UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DIVISION OF NEW ORLEANS

| | |
|---|---|
| ANTHONY THIBODEAUX | CIVIL ACTION NO.: |
| VERSUS NO. | JUDGE |
| HORNBECK OFFSHORE SERVICES, LLC | MAGISTRATE JUDGE |

---

## COMPLAINT FOR DAMAGES
## UNDER GENERAL MARTIME LAW

NOW INTO COURT, through undersigned counsel, come your petitioner, ANTHONY THIBODEAUX, a person of the age of majority and a resident and domiciliary of the Parish of Iberia, State of Louisiana, who respectfully represents that:

### DEFENDANT

1.

Made defendant herein is:

HORNBECK OFFSHORE SERVICES, LLC., a foreign corporation, authorized to do and doing business in the State of Louisiana.

2.

The defendant enumerated above is indebted unto petitioner for a sum that is reasonable under the circumstances, together with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings, for the following reasons, to-wit:

**JURISDICTION**

3.

Petitioners bring this action in accordance with general maritime law and admiralty law and assert the jurisdiction of this Honorable Court. This Court also has jurisdiction of this matter based on diversity of citizenship.

**VENUE**

4.

Venue is proper in this district in that the vessel upon which this accident occurred was in navigable waters located to this district. Furthermore, the defendant is located in this district and is subject to the personal jurisdictions of this Court.

**CAUSE OF ACTION**

5.

At all times hereinafter mentioned, the defendant, HORNBECK OFFSHORE SERVICES, LLC., owned, operated, leased, chartered and/or controlled, a vessel located in Port Fouchon, Lafourche Parish, Louisiana.

6.

At all times hereinafter mentioned, your petitioner, ANTHONY THIBODEAUX, was employed by Worknet Staffing as a laborer. At the time he was aboard the defendant's vessel, known as the HOS Max, moving electrical breakers for testing.

7.

On or about February 10, 2020, while aboard said vessel, ANTHONY THIBODEAUX was moving the breakers down a flight of steps when he fell, injuring his neck, back and leg.

8.                                                                                        J

The accident mentioned above and resulting injuries were caused by the carelessness, recklessness and negligence of the defendant, HORNBECK OFFSHORE SERVICES, LLC., its agents, servants and employees, in the following non-exclusive particulars:

A)    Failure to furnish sufficient, adequate, and competent employees and superior officers;

B)    Failing to act reasonable and prudent under the circumstances;

C)    Failure to follow proper and safe rules of seamanship;

D)    Failure to take adequate means or precautions to assure the safety of the passengers aboard its vessel;

E)    Failing to provide a proper and safe environment for the petitioner;

F)    Creating an unreasonable risk of harm to said petitioner;

G)    Failing to take preventive measures despite knowing that the accident and resulting injuries to petitioner were substantially certain to occur;

H)    Failing to properly maintain and keep the vessel clear of obstructions;

I)    Failing to take corrective measures despite knowing of the potential danger;

J)    Allowing petitioner to traverse the vessel when it knew there existed an unreasonably dangerous hazard;

K)    Failing to do what should have been done so as to avoid the accident;

L)    Failing to maintain the vessel in a proper and safe condition;

M)    Failing to alleviate potentially hazardous and unsafe conditions;

N)    Failing to take preventive measures despite knowing that the accident and resulting injuries to petitioner were substantially certain to occur;

O)    Failing to afford adequate notice of the dangerous condition to petitioner;

P)    Failing to discover or replace the defective condition;

Q)      Failing to provide safe and proper flooring and floor covering;

R)      Failing to provide petitioner sufficient workforce;

S)      Failing to provide petitioner with additional laborers to safely perform his duties;

T)      Failing to provide petitioner with the proper equipment to safely perform his duties; and

U)      Other acts of fault and/or negligence to be shown at a trial of this matter.

9.

The accident mentioned above and resulting injuries were proximately caused by the unseaworthiness of the vessel and its crew, HORNBECK OFFSHORE SERVICES, LLC., in the following non-exclusive particulars:

A)      Failing to maintain the vessel in a seaworthiness condition;

B)      Failing to furnish sufficient and competent employees, crew and superior officers;

C)      Failing to provide petitioner with a safe place in which to work and/or live;

D)      Failing to enforce proper and safe rules of seamanship and supervision of said works;

E)      Failing to take adequate means or precautions for the safety of the petitioner;

F)      Failing to provide safe and proper tools, appurtenances, and equipment;

G)      Failing to keep and maintain the aforesaid vessel, its gear and appurtenances, in a reasonably safe condition and in reasonable state of repair;

H)      Failing to properly maintain and keep the vessel clear of obstructions and defects;

I)      Failing to take corrective measures despite knowing of the potential danger;

J)      Creating an unreasonable risk of harm to the petitioner;

K)      Failing to do what should have been done so as to avoid the accident;

L)      Failing to alleviate potentially hazardous and unsafe conditions;

M)    Failing to discover or replace the defective condition;

N)    Failing to provide safe and proper flooring and floor covering;

O)    Failing to provide the proper amount of workers and laborers; and

P)    Other acts of fault to be shown at a trial of this matter.

10.

As a result of the aforesaid accident, ANTHONY THIBODEAUX has sustained the following damages for which he is entitled to recover from defendant, HORNBECK OFFSHORE SERVICES, LLC., to-wit:

A)    Past, present and future medical expenses and other related expenses;

B)    Past, present and future physical pain and suffering, mental anguish and distress, and inconvenience;

C)    Loss of enjoyment of life;

D)    Permanent impairment, disfigurement, and disability;

E)    Past, present and future lost wages;

F)    Loss of earning capacity; and

G)    Other damages to be shown at a trial on this matter.

11.

Petitioner hereby designates this lawsuit as an admiralty and general maritime claim, pursuant to Federal Rule 9(h).

**WHEREFORE** the petitioners pray that:

A.    After all legal delays and due proceedings are had, there be judgment rendered

herein, in their favor ordering the defendant, HORNBECK OFFSHORE SERVICES,

LLC., to pay unto the petitioner, reasonable damages together with all costs and

disbursements in this action, and with interest thereon from the date of judicial until

paid.

B.      All orders and decrees necessary and appropriate in the premises and for all general

and equitable relief.

Respectfully submitted,

BELLEFONTAINE LAW FIRM, L.L.C.

By:_____

JOHN F. BELLEFONTAINE
Attorney for Petitioners
Bar Roll 22255
1108 E. Dale Street
P.O. Box 10025
New Iberia, LA 70560
Telephone - 337-359-4650
Facsimile - 337-359-4653